## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO:** |
| **v.** | **VIOLATIONS:** |
| **KEVIN M. CRONIN,**<br>**KEVIN M. CRONIN II,**<br>**DYLAN R. CRONIN,** | **18 U.S.C. § 1752 (a)(1)**<br>**(Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority)** |
| **Defendants.** | **18 U.S.C. § 1752(a)(2)**<br>**(Disorderly and Disruptive Conduct in a Restricted Building or Grounds)** |
| | **18 U.S.C. § 1752(a)(4)**<br>**(Engaging in Physical Violence in a Restricted Building or Grounds)** |
| | **40 U.S.C. § 5104(e)(2)(D)**<br>**(Disorderly Conduct and Parading, Demonstrating, or Picketing in a Capitol Building)** |
| | **40 U.S.C. § 5104(e)(2)(F)**<br>**(Engaging in Physical Violence in a Capitol Building)** |
| | **40 U.S.C. § 5104(e)(2)(G)**<br>**(Parading, Demonstrating, or Picketing in a Capitol Building)** |
| | **18 U.S.C. § 1361**<br>**(Damaging Property of the United States)** |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about January 6, 2021, in the District of Columbia, **Kevin M. Cronin, Kevin M. Cronin II,** and **Dylan R. Cronin**, did unlawfully and knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was temporarily visiting, without lawful authority to do so.

(**Entering and Remaining in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

## COUNT TWO

On or about January 6, 2021, in the District of Columbia, **Kevin M. Cronin, Kevin M. Cronin II,** and **Dylan R. Cronin**, did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

(**Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(2))

## COUNT THREE

On or about January 6, 2021, in the District of Columbia, **Dylan R. Cronin**, did knowingly engage in any act of physical violence against any person or property in any restricted building or grounds; or attempts or conspires to do so.

(**Engaging in Physical Violence in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(4))

## COUNT FOUR

On or about January 6, 2021, in the District of Columbia, **Kevin M. Cronin, Kevin M. Cronin II,** and **Dylan R. Cronin**, did willfully and knowingly engage in disorderly and disruptive conduct in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress, and the orderly conduct in that building of a hearing before or any deliberation of, a committee of Congress or either House of Congress.

(**Disorderly Conduct in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(D))

## COUNT FIVE

On or about January 6, 2021, in the District of Columbia, **Dylan R. Cronin**, did willfully and knowingly engage in an act of physical violence within the Grounds or in any of the Capitol Buildings.

(**Engaging in Physical Violence in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(F))

## COUNT SIX

On or about January 6, 2021, in the District of Columbia, **Kevin M. Cronin, Kevin M. Cronin II,** and **Dylan R. Cronin**, did willfully and knowingly parade, demonstrate, or picket in any United States Capitol Building.

(**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

## COUNT SEVEN

On or about January 6, 2021, in the District of Columbia, **Dylan R. Cronin**, did willfully injure or depredate property of the United States with an estimated value of $774.

(**Damaging Property of the United States**, in violation of Title 18, United States Code, Section 1361)

Date: July 5, 2022

Respectfully submitted,

MATTHEW GRAVES
UNITED STATES ATTORNEY

By:      _/s/ Will N. Widman_
Will N. Widman
NC Bar No. 48158
Trial Attorney, Detailee
1301 New York Avenue NW, 8th Floor
Washington, DC 20530
(202) 353-8611
Will.Widman@usdoj.gov

3